1  Tod L. Gamlen, State Bar No. 83458
   tod.gamlen@bakermckenzie.com
2  Keith L. Wurster, State Bar No. 198918
   keith.wurster@bakermckenzie.com
3  **Baker & McKenzie LLP**
   660 Hansen Way
4  Palo Alto, CA  94304-1044
   Telephone: +1 650 856 2400
5  Facsimile: +1 650 856 9299

6  Attorneys for Defendant
   WEIGHPACK SYSTEMS WEST, INC.
7

8                UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  MARVIN HORNE, | **Case No.  1:15-CV-00178-WBS-BAM** |
| 11       Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; AND, ORDER [~~PROPOSED~~] THEREON** |
| 12       v. | |
| 13  WEIGHPACK SYSTEMS WEST, INC., | **[Local Rule 144 (Fed. R. Civ. P. 6)]** |
| 14       Defendant. | |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

534729-v2\PALDMS

Case No 1:15-CV-00178-WBS-BAM
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; AND, ORDER [PROPOSED] THEREON

In accordance with Local Rule 144 and Fed. R. Civ. P. 6, and in light of settlement negotiations ongoing between the parties, Plaintiff Marvin Horne ("Plaintiff"), on the one hand, and Defendant Weighpack Systems West, Inc. ("Defendant"), on the other hand, through their counsel of record, hereby agree to extend the time within which Defendant may respond to Plaintiff's Complaint, by motion, answer or otherwise, from the current due date of March 27, 2015, up to and including April 27, 2015.

One prior extension of twenty-eight (28) days has been requested and granted. ECF Doc. No. 6.

**IT IS SO STIPULATED**.

Dated:  March 24, 2015            BAKER & McKENZIE LLP

                                  By: /s/ Tod L. Gamlen
                                  Tod L. Gamlen
                                  Attorneys for Defendant
                                  WEIGHPACK SYSTEMS WEST, INC.

Dated:  March 24, 2015            LAW OFFICES OF RANDOLF KRBECHEK

                                  By:
                                  Randolf Krbechek
                                  Attorneys for Plaintiff
                                  MARVIN HORNE

**ORDER**

**IT IS SO ORDERED.**

Dated:  March 25, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

534729-v2\PALDMS

1

Case No 1:15-CV-00178-BAM
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; AND, ORDER [PROPOSED] THEREON